OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004279596       OCT 18 2014
MAILED FROM ZIP CODE 78701

$ 00.26⁵

10/16/2014

BECK, CORY JOEL          Tr. Ct. No. 1244593-A                    WR-82,280-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

RETURN TO SENDER

00 101

Abel Acosta, Clerk

CORY JOEL BECK          Not here

1845472

